# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1467**
**CA 12-00810**
PRESENT: SCUDDER, P.J., SMITH, FAHEY, CARNI, AND MARTOCHE, JJ.

---

RENEE SCIARA AND MATTHEW SCIARA,
PLAINTIFFS-APPELLANTS,

                           V                                    ORDER

SURGICAL ASSOCIATES OF WESTERN NEW YORK, P.C.
AND GEORGE BLESSIOS, M.D.,
DEFENDANTS-RESPONDENTS.
(APPEAL NO. 2.)

---

BRIAN P. FITZGERALD, P.C., BUFFALO (BRIAN P. FITZGERALD OF COUNSEL),
FOR PLAINTIFFS-APPELLANTS.

ROACH, BROWN, MCCARTHY & GRUBER, P.C., BUFFALO (JOSEPH V. MCCARTHY OF
COUNSEL), FOR DEFENDANTS-RESPONDENTS.

---------------------------------------------------------------------------------------------------------

        Appeal from an order of the Supreme Court, Erie County (John M.
Curran, J.), entered September 19, 2011 in a medical malpractice
action.  The order, among other things, granted that part of
defendants' motion seeking a court appointed referee to supervise any
future depositions in this matter.

        It is hereby ORDERED that the order so appealed from is
unanimously affirmed without costs.

Entered:  March 15, 2013                          Frances E. Cafarell
                                                  Clerk of the Court